UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SKIBOKY STORA,

        Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

**JUDGMENT**
16-CV-6503 (RRM)

A Memorandum and Order having been issued by the undersigned this day, granting Defendant's motion for judgment on the pleadings, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff Skiboky Stora take nothing as against defendant the Commissioner of Social Security.

The Clerk of Court is directed to dismiss this action and close the case.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
      September 26, 2018

_____
ROSLYNN R. MAUSKOPF
United States District Judge